## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.   CYNTHIA BRYSON, | ) | |
| | ) | |
|        Plaintiff, | ) | |
| v. | ) | CIV-14-1373-HE |
| | ) | |
| 1.   THE STATE OF OKLAHOMA | ) | |
|        ex rel. OKLAHOMA DEPARTMENT | ) | |
|        OF HUMAN SERVICES, et al., | ) | Jury Trial Demanded |
|        Defendants. | ) | Attorney Lien Claimed |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(I)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Cynthia Bryson, hereby stipulates that Plaintiff's claims in the above-styled and numbered action shall be dismissed <u>without</u> prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 8th DAY OF JANUARY, 2016.**

s/ Lauren W. Johnston
**LEONARD & ASSOCIATES, P.L.L.C.**
**JANA B. LEONARD, OBA # 17844**
**LAUREN W. JOHNSTON, OBA #22341**
**8265 S. WALKER**
**OKLAHOMA CITY, OK 73139**
**(405) 239-3800 Telephone**
**(405) 239-3801 Facsimile**
leonardjb@leonardlaw.net
johnstonlw@leonardlaw.net
*Attorneys for Plaintiff*

1